RECEIVED
SEP 21 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

JASON BROWN, ET AL         CRIMINAL
VS.                        NO: 21-25-JWD-RLB
UNITED STATES

## MOTION TO APPOINT NEW COUNSEL

There is a conflict of interest with current counsel; André Belanger is either incompetent, working against me with the Government, or overloaded with cases and cannot properly provide effective assistance of counsel. Mr. Belanger has ignored letters, has not respond to phone calls. Counsel has failed to allow me to view video discovery which I requested eights months ago. I've never had the opportunity to discuss the merits of my MOTION TO SUPPRESS hearing, Transcripts and briefing in which alot of facts were left out. Counsel has filed a MOTION to Continue without first reviewing with me. Finally since June 2023 Counsel has promised to come visit me to discuss these matters, but failed to do so at West Baton Rouge facility, Counsel has visited other inmates here Sept. 6, 2023, but No show for me. Please Appoint new counsel.

THUS SIGNED THIS 18th day of Sept, 2023

Respectfully Submitted
Jason Brown
Jason Brown #171474
P.O. Box 620
Port Allen, LA 70767

JASON BROWN #1 114114
P.O. BOX 620
Port Allen, LA 70767

UNITED STATES DISTRICT COURT
Middle District of Louisiana
Office of Clerk
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

PRISONER'S MAIL NOT CENSORED
NOT RESPONSIBLE PAYMENT

19 SEP 2023 PM 1

BATON ROUGE LA 707